IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



MAR 2 8 2018

Clerk, U S District Court
District Of Montana
Billings

DAWN HOOTS,

            Plaintiff,

vs.

DPHHS: MOYRA ANTHONY, and
CHELSEY HANDFORD,

            Defendants.

CV 17-164-BLG-SPW


ORDER ADOPTING
MAGISTRATE'S FINDINGS
AND RECOMMENDATIONS

Plaintiff Dawn Hoots filed a motion to proceed in forma pauperis (Doc. 1) and a Petition for Writ of Habeas Corpus and Emergency Motion for Return of Child (Doc. 2).

The United States Magistrate Judge filed Findings and Recommendations on March 6, 2018. (Doc. 4). The Magistrate granted Hoots' motion to proceed in forma pauperis but recommended the Court deny the petition for writ of habeas corpus. (Doc. 4 at 1).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error.

1

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 4) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Hoots' petition for writ of habeas corpus and emergency motion for return of child (Doc. 2) are DENIED.

The Clerk of Court is directed to close the case and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 27th day of March, 2018.

SUSAN P. WATTERS
United States District Judge